UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                            Case No. 2:21–cr–20484–NGE–EAS
                                              Hon. Nancy G. Edmunds

Youssef Bakri,

                Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Youssef Bakri

The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 811, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  August 7, 2023 at 11:00 AM

**ADDITIONAL INFORMATION:**   *Sentencing Memorandums to be filed by July 31, 2023.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/L. Bartlett
                                                          Case Manager

Dated:   January 26, 2023